# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY JOSUE ESTRADA-RODAS<br><br>*Defendant(s)* | Case No.  3:24-mj-00263 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 27, 2024** in the county of **Multnomah** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) | Possession with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bobby Gutierrez.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  5:15   a.m./p.m.

Date: November 30, 2024

/s/ Jolie A. Russo
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*